**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| RUTH PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No. 1:14-cv-67-RLY-MJD |
| vs. | ) |
| | ) |
| SMALL OFFICE SOLUTIONS, LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Ruth Peterson and defendant Small Office Solutions, LLC (collectively the "parties") hereby stipulate and agree to the dismissal of plaintiff's individual claims against defendant with prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

s/Michelle R. Teggelaar                               s/Jason R. Delk

Daniel A. Edelman                                          Jason R. Delk
Michelle R. Teggelaar                                    DELK MCNALLY LLP
EDELMAN, COMBS, LATTURNER               421 S. Walnut, Suite 200
         & GOODWIN, LLC                                Muncie, IN 47305
20 S. Clark Street, Suite 1500                      (765) 896-9495
Chicago, IL 60603                                          (888) 453-0545 (fax)
(312) 739-4200
(312) 419-0379 (fax)

1

## CERTIFICATE OF SERVICE

      I, Michelle R. Teggelaar, hereby certify that on December 2, 2014, the foregoing document was filed via the CM/ECF System, which sent notice of such filing via email to the following individual:

Jason R. Delk (delk@delkmcnally.com)

                                              s/Michelle R. Teggelaar